UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>TREVALE MCCALL,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 690 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to receive cases on March 22, 2022, Susan J. Walsh, is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

Dated: New York, New York
       March 14, 2022

_____
Edgardo Ramos, U.S.D.J.