

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_5/9/2022\_\_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2022

**BY ECF**
The Honorable Edgardo Ramos
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:**   *United States v. McCall*, 21 Cr. 690 (ER)

Dear Judge Ramos:

   The Government respectfully writes to notify the Court that the parties have reached a disposition in the above-captioned supervised release matter. As a result, the parties request that the Court hold a plea hearing on May 18, 2022 at 2 p.m., the date and time of the next scheduled appearance in this case. The parties further request that the Court schedule sentencing for a later date.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

                 by: /s/ Madison Reddick Smyser
                    Madison Reddick Smyser
                    Assistant United States Attorney
                    (212) 637-2381

cc:   Susan Walsh, Esq. (by ECF)
      Probation (by email)

---

A change of plea hearing will be held on May 18, 2022 at 2:00 p.m. A sentencing date will be scheduled at plea hearing.
SO ORDERED.

                         _____
                         Edgardo Ramos, U.S.D.J
                         Dated:  \_\_5/9/2022\_\_
                         New York, New York